UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

TERRY WAYNE WILLIAMS,

        Petitioner,               Case No. 2:20-cv-86

v.                                   Honorable Paul L Maloney

HEIDI L. WASHINGTON et al.,

        Respondents.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's request for preliminary injunctive relief (ECF Nos. 2, 8, and 9) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:  August 10, 2020                      /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge