UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

TERRY WAYNE WILLIAMS,

        Petitioner,

v.

HEIDI L. WASHINGTON et al.,

        Respondent.
_____/

Case No. 2:20-cv-86

Honorable Paul L. Maloney

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated: August 10, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge